USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Lantino and Joanne Cabello, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>Clay LLC et al.,<br><br>                Defendants. | 1:18-cv-12247 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on October 4, 2019, the Court preliminary approved the settlement of this case, pending submission of a fully executed Settlement Agreement (ECF No. 91); and

WHEREAS, on November 5, 2019, Plaintiffs' filed a fully executed Settlement Agreement.

NOW, THEREFORE, final approval of the settlement hereby is granted.

The Clerk of Court is respectfully requested to close this case and terminate all gavels.

**SO ORDERED.**

DATED:     New York, New York
                November 6, 2019

_____
STEWART D. AARON
United States Magistrate Judge