UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Lantino and Joanne Cabello, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

Clay LLC et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020

1:18-cv-12247 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than April 29, 2020, Plaintiffs shall file their anticipated motion for entry of consent judgment.

2. Defendants shall file their opposition no later than May 6, 2020.

3. Plaintiffs shall file their reply, if any, no later than May 8, 2020.

**SO ORDERED.**

DATED:    New York, New York
              April 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge