USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICAEL LANTINO, JOANNE CABELLO on behalf of themselves and all others similarly situated<br>Plaintiffs,<br><br>v.<br><br>CLAY LLC, THE GYM AT GREENWICH, LLC, THE GYM AT PORTCHESTER INC., THE GYM AT UNION SQUARE, SETH HIRSCHEL, STEFAN MALTER, and BARNET LIBERMAN<br>Defendants. | Civil Action No. 18 cv 12247 (SDA)<br><br>**ORDER DIRECTING THE CLERK TO ADD PARTIES TO THE DOCKET** |

**WHEREUPON** on May 8, 2020, the clerk entered a consent judgment in the amount of $923,913.51 (Docket Entry No. 109)

On June 10, 2020, Plaintiffs filed a proposed abstract judgment (Docket Entry Nos. 113 and 114).

On June 11, 2020, via ECF, Plaintiffs' counsel was notified that:

> Before the Clerk can issue the Abstracts, you would have to go through the docket, and where ever you see a Consent to Join form was filed, you have to add that party as a plaintiff on the date that it was filed, which should have been done when they were filed. You have to add all of the parties to the Docket, then e-file new abstracts with all of the Parties listed, you can add an addendum sheet to the back after you have ran out of room on the first page, you need just put the parties names as to who it is in favor of, then add C/O with the attorney information. If the parties are not added on the Docket, on the date that the Consent was filed, then the Clerk cannot issue the Abstracts.

**WHEREUPON** the following individuals filed consent to join forms, **it is ORDERED**

that the following parties be added to the docket as plaintiffs:

Effective December 27, 2018 (Docket Entry No. 1):

1. Andre Lambert
2. Elisa Osborne
3. Matthew Ng
4. Noel MacDuffie
5. Sean Tarr
6. Tatiana Mekhryakova
7. Kat Best
8. Kenneth Mahadeo
9. Mitchell Baseman

Effective January 4, 2019 (Docket Entry No. 6):

10. Rhiannon Coles
11. Dorian Cervantes
12. Edward Gober

Effective January 14, 2019 (Docket Entry No. 7):

13. Pedro Noguet

Effective February 12, 2019 (Docket Entry No. 16):

14. Dawud Mohamed
15. Michael Manavian
16. Peter Laura
17. Edwin Dublin, Jr.
18. Luis E. Cornier III
19. Brandon Gaydorus
20. Robynn Europe

21. Allison Gilbert

Effective February 25, 2019 (Docket Entry Nos. 27 and 28:

22.  Giulia Volterra

23. Bonnie Strati

24. Dorian Cervantes

25. Roberto Mosquera

Effective March 7, 2019 (Docket Entry No. 31):

26. Cynthia Factor

27. Steve Reynolds

28. Sam Wolff

29. Lee Andrew Pitofsky

Effective March 13, 2019 (Docket Entry No. 34):

30. Thomas Robles

31. David Rivera

32. Casey Rogers

Effective April 15, 2019 (Docket Entry Nos. 43 and 44):

33. Harry Otto

34. Eric Manning

35. Carola Aquino

36. Keyla Calderas

Effective May 10, 2019 (Docket Entry No. 55):

37. Abdul Lateef

Effective May 13, 2019 (Docket Entry No. 56):

38. Koreen Elliot

SO ORDERED this __12__ day of __June__, 2020

_____
Magistrate Judge Stewart D. Aaron