ABSTRACT OF JUDGMENT

**Re:**

**Case Number:**

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| | Michael Lantino, Joanne Cabello, Andre Lambert, Elisa Osborne , Matthew Ng, Noel McDuffie, Sean Tarr, Tatiana Mekhryakova, Katherine Best, Kenneth Mahadeo, Mitchel Baseman, Rhiannon Coles, Dorian Cervantes, Edward Gober, Pedro Noguet, Michael Manavian, Brandon Gaydorus, Dawud Mohamed, Luis E. Cornier III, Robynn Europe, Allison Gilbert, Edwin Dubin, Peter Laura, Bonnie Strati, Cindy Factor, see Addendum |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| | | |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York **, New York**

**RUBY J. KRAJICK, Clerk of Court**

______________________________

**By, Deputy Clerk**

ADDENDUM

Giulia Volterra, Cheryl Berman, Lee Pitofsky, Steve Reynolds, Sam Wolff, Casey Rogers, Tom Robles, David Rivera, Eric Manning, Carol Aquino, Keyla Calderas, Harry Otto, Egon Ogun, Koreen Elliot, Roberto Mosquera

c/o The Goldring Firm 411 Lafayette Street, 6th Floor, New York, NY 10003